```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

ANDREW DOE,                   )
                              )
            Plaintiff,        )        8:04CV357
                              )
      v.                      )
                              )
THERMAL SERVICES, INC.,       )        ORDER
                              )
            Defendant.        )
                              )

    Upon consideration of plaintiff's motion for leave to file amended complaint,

    IT IS ORDERED, the motion, filing 36, is granted and plaintiff is given five days to file the amended complaint.

    DATED this 4th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge