```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

ANDREW DOE,                        )
                                   )
                Plaintiff,         )      8:04CV357
                                   )
       v.                          )
                                   )
THERMAL SERVICES, INC.,            )      MEMORANDUM AND ORDER
                                   )
                Defendant.         )
                                   )
```

Defendant has moved for extensions of time in order to accommodate the filing of a summary judgment motion, as well as other deadlines in the progression order. Plaintiff has opposed the motion, and defendant has replied. I have considered the parties' arguments. Defendant may well wish to file a motion for summary judgment, but there is no entitlement to do so, and the defendant has not given any sufficient reason that the evidence defendant would file in support of such a motion has not been gathered before now. In addition, while sometimes there are issues in cases such as this that can be resolved prior to trial, more often than not they are not case dispositive. I shall grant a brief extension, but the trial setting will remain the same. No further extensions will be granted absent extraordinary cause.

IT THEREFORE HEREBY IS ORDERED, the motion, filing 50, is granted in part, and

1. The deposition deadline is extended to August 19, 2005.

2. The pretrial conference is continued to September 8, 2005 at 11:00 a.m. in the chambers of the undersigned in **LINCOLN**, Nebraska, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

3. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 13th day of June, 2005.

                        BY THE COURT:

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge