IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANDREW DOE,                    )          8:04CV357
                              )
         Plaintiff,            )
                              )          **MEMORANDUM**
vs.                           )          **AND ORDER**
                              )
THERMAL SERVICES,             )
                              )
         Defendant.           )

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims.  Accordingly,

IT IS ORDERED that:

(1)     Within **thirty (30)** calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(2)     Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3)     This case is removed from the court's September 26, 2005 trial docket upon representation by the parties that the case.

July 28, 2005.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge