IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW DOE, | ) | 8:04CV357 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| THERMAL SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation and motion for dismissal and Fed. R. Civ. P. 41,

IT IS ORDERED that this matter is dismissed with prejudice, each party to bear his or its own costs.

August 2, 2005.                              BY THE COURT:

                                             *s/ Richard G. Kopf*
                                             United States District Judge